# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE MCNEAL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CANO, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-01767-DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER AND FAILURE TO PROSECUTE<br><br>**TWENTY-ONE DAY DEADLINE** |

　　　　Plaintiff Vernon Wayne McNeal ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on October 27, 2014. It was transferred to this Court on November 12, 2014.[1]

　　　　On April 7, 2015, the Court screened Plaintiff's complaint and dismissed it with leave to amend. Plaintiff was ordered to file an amended complaint within thirty (30) days. Over thirty (30) days have passed and Plaintiff has not filed an amended complaint or otherwise communicated with the Court.

　　　　Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to follow a Court order and failure to prosecute. Plaintiff SHALL file a

///

///

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on December 11, 2014.

1

response to this order within twenty-one (21) days of the date of service of this order.  Plaintiff may also comply with this order by filing an amended complaint.

<u>Failure to respond to this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated: __**July 6, 2015**__                                     /s/ Dennis L. Beck
                                                            UNITED STATES MAGISTRATE JUDGE